JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY ANN INGRASSI,<br><br>    Petitioner,<br><br>  v.<br><br>JENNIFER CORE, Warden,<br><br>    Respondent. | Case No. SA CV 22-5988 SPG (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: December 7, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE